■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO LOPEZ, Also Known as CARLOS LOPEZ, Appellant. [804 NYS2d 290]—Judgment, Supreme Court, Bronx County (Michael A. Gross, J.), rendered January 20, 2004, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 5½ years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

We perceive no basis for reducing the sentence. As the People concede, since the crime was committed prior to the effective date of the legislation providing for the imposition of a DNA databank fee (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]), that fee should not have been imposed. Concur—Tom, J.P., Saxe, Nardelli, Catterson and Malone, JJ.